IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01578-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

JENNIFER PROCTOR,
MARK OTTO,
JOSE ESPINOSA,
KEITH ABRAMS, and
MARIA CHAVEZ,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Defendant Name** [Doc. #20, filed 10/12/06] and **Motion to Amend Defendant Work Addresses** [Doc. # 21, filed 10/12/06] (the "Motions"). The plaintiff seeks to amend the names and addresses of the defendants.

IT IS ORDERED that the Motions are GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the docket sheet to reflect the defendants' names as Jennifer Proctor, Mark Otto, Jose Espinoza, Keith Abrams, and Maria Chavez, respectively.

Dated October 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge