IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01578-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

JENNIFER PROCTOR,
MARK OTTO,
JOSE ESPINOSA,
KEITH ABRAMS, and
MARIA CHAVEZ,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

1.  **Motion Regarding Not Receiving the Defendants** [sic] **Motions**  [Doc. #39, filed

10/25/06]; and

2.  **Motion for Summary Judgment** [Doc. #40, filed 10/25/06].

The Motion Regarding Not Receiving the Defendants [sic] Motion is duplicative of Doc.

#30, filed by the plaintiff on October 20, 2006.  The Motion for Summary Judgment is duplicative

of Doc. #32, filed by the plaintiff on October 23, 2006.  Accordingly,

IT IS ORDERED that the Motions are STRICKEN.

Dated November 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge